NO. 12-03-00144-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




IDA HALL,
§
 APPEAL FROM THE THIRD

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 ANDERSON COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to the offense of possession of a controlled substance. The trial
court assessed punishment at imprisonment for twenty years and a ten thousand dollar fine. We have
received the trial court's certification showing that Appellant waived her right to appeal. See Tex.
R. App. P. 25.2(c)(3)(B). Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered July 9, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.








DO NOT PUBLISH